UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALI MOORE,

                              Plaintiff,

        -against-                                          26-CV-0916 (LTS)

HALLE BERRY; LIONSGATE FILMS, INC.;                     ORDER OF DISMISSAL
CENTRAL INTELLIGENCE AGENCY;
DOES 1-10,

                              Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

        By order dated February 5, 2026, the Court directed Plaintiff, within thirty days, to

submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the fees

required to file a civil action in this court. That order specified that failure to comply would

result in dismissal of the complaint. Plaintiff has not filed an IFP application or paid the fees.

Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates

good faith when he seeks review of a nonfrivolous issue).

        The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:    March 20, 2026
          New York, New York

                                        /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                      Chief United States District Judge