UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALI MOORE,

                    Plaintiff,

          -against-

HALLE BERRY; LIONSGATE FILMS, INC.;
CENTRAL INTELLIGENCE AGENCY;
DOES 1-10.,

                  Defendants.

26 CIVIL 00916 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 20, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   March 23, 2026

        New York, New York

                           /s/ Laura Taylor Swain
                           LAURA TAYLOR SWAIN
               Chief United States District Judge